■ NORMA BUSHORR, Respondent, v GREGORY J. BUSHORR, Appellant.—Order unanimously affirmed with costs. Memorandum: Under the circumstances of this case, we cannot conclude that the trial court's direction that defendant pay 62% of the total cost of plaintiff's counsel fees, expert fees and disbursements was an abuse of discretion. A further award to plaintiff for counsel fees generated by this appeal is not warranted and in the exercise of our discretion we deny the request *(see, Gannon v Gannon,* 116 AD2d 1030, 1032). (Appeal from order of Supreme Court, Monroe County, Wagner, J.—counsel fees.) Present—Dillon, P. J., Boomer, Green, Balio and Lawton, JJ.

■ MARION C. COTCAMP et al., Appellants, v E. I. DuPONT DeNEMOURS AND CO., INC., et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Special Term, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—summary judgment.) Present—Dillon, P. J., Boomer, Green, Balio and Lawton, JJ.